## Exhibit A to the Complaint

**Location:** Santa Ana, CA  
**Total Works Infringed:** 184  
**IP Address:** 23.242.53.193  
**ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: D76DB1B1BA35E0E84328956E3339D255F8EBB0EA<br>File Hash:<br>F07CB4EA65B360347C9AAE536DBE82F9A160913FA9F7D88BCBE7A6BAE2D8F4A2 | 10-10-2023 16:20:32 | Blacked Raw | 10-09-2023 | 10-18-2023 | PA0002435308 |
| 2 | Info Hash: 43CA198BF8A88D01AFC42EBE60E32DCFAC0DC36C<br>File Hash:<br>AC55A815C0A4F1D30716C31FEA0AE6AFF8BCE3A1D9612502E97AC7A71629A559 | 10-08-2023 19:24:53 | Blacked Raw | 12-23-2019 | 01-03-2020 | PA0002219636 |
| 3 | Info Hash: 9B051B4B346120020114C51288BAA2CB8443B77A<br>File Hash:<br>5A898C7D9B55E10240A8F29BA8EACE1EB64AABE6489465075D7688F082AFE440 | 09-30-2023 21:50:33 | Blacked | 09-30-2023 | 10-18-2023 | PA0002435266 |
| 4 | Info Hash: 272FF2BB0D4B754AD10FDD796EC245E494E86188<br>File Hash:<br>499FA08637EF19DC7C852222A5C4AB36456D8DD2B0D4F2ED0CA6E1D6182F5907 | 09-26-2023 00:47:51 | Blacked Raw | 09-25-2023 | 10-18-2023 | PA0002435306 |
| 5 | Info Hash: 1A2A89BAB8277EE57FF9CC97FD3D372BF7DB6145<br>File Hash:<br>F4DA36D511DD674710797DA9EA776FF5073C2B3086EAE71AA45748FE43B2DAB0 | 09-22-2023 21:14:12 | Vixen | 09-22-2023 | 10-18-2023 | PA0002435594 |
| 6 | Info Hash: 7E588401D8CAE523BF30B0A3B687B63372D63427<br>File Hash:<br>9D90013370362C89E6B63144E08D9E61833A2DFB86D2A3A67140B2FDD7ADD4A5 | 09-18-2023 20:11:59 | Blacked Raw | 09-18-2023 | 10-18-2023 | PA0002435281 |
| 7 | Info Hash: 190A5C27D4F7DE0195DD2D45558EBE351A9F43B3<br>File Hash:<br>095D1BDBC1D20E7DF6F8D7331ED6CD25420CAA2BEAE5F7B91A3E1025F186EBCF | 09-17-2023 01:09:59 | Blacked | 09-16-2023 | 10-18-2023 | PA0002435289 |
| 8 | Info Hash: F843A879D588AE73A56F2DC8BE9A4AF12D77F4CA<br>File Hash:<br>7AD45C6E3DD5D6A1E96F61223DF339F6562F1A36946BE43A88658E20AFC84EC9 | 09-12-2023 01:48:10 | Blacked Raw | 09-11-2023 | 09-17-2023 | PA0002430897 |
| 9 | Info Hash: 30772D9F1FB82CC62F63B6A9BAB605E808B86CD7<br>File Hash:<br>12C47BA9BA8ED661FA8685FFC4E0F9267347C6D60F1CC2912588FE66F0C55B89 | 09-09-2023 23:10:21 | Blacked | 09-09-2023 | 09-18-2023 | PA0002430904 |
| 10 | Info Hash: 903552C86234C9FB9EEFAACBFEFC48FE6AEA5966<br>File Hash:<br>29B15D4D53DF2849BB0ADB1F6A22F7BD46842094FA8B904A19EDB2775C1F6925 | 09-06-2023 22:22:38 | Blacked Raw | 06-07-2021 | 06-15-2021 | PA0002296926 |
| 11 | Info Hash: EB03731F59FB2D1773A9833245B857D7F52D4C90<br>File Hash:<br>E652CACA14C6C19E919E64FA875576838E45B905FFD9F149FACBD424403CB822 | 08-29-2023 01:47:53 | Blacked Raw | 08-28-2023 | 09-17-2023 | PA0002430912 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 7896526ABD274571906E1C65BD95D360A77FDED3<br>File Hash: 8EB06E511738AA7D17FE544A22D4503A67B911F5269889708CD63D3EE48FC221 | 08-25-2023 15:26:47 | Blacked | 08-12-2023 | 10-18-2023 | PA0002435264 |
| 13 | Info Hash: FA3E8CA60B0B1C49D8686EA90D0C07DD82DA6042<br>File Hash: 3BB9222AF2B33BD675EE012692FB557F49C3E7E006545FE943D9CFC22D7F2387 | 08-25-2023 15:25:46 | Blacked | 08-05-2023 | 08-17-2023 | PA0002425714 |
| 14 | Info Hash: 251E98FDDBF487C34DF4A4378903DF0134382A03<br>File Hash: B16D5B37DC5D64EF629C18B33A934DA9B5FE3D11B60F02EBDE2AE911BC2F2DA9 | 08-25-2023 15:23:49 | Blacked | 08-19-2023 | 09-18-2023 | PA0002430893 |
| 15 | Info Hash: 345195C8C212D63247808CB9ACF7EB97D399B2AC<br>File Hash: B3AD4F5F7C6F0547EC6A20379B03B6B4F8F53E64C7B1114ADF0CFDD6B8581678 | 08-25-2023 15:23:23 | Blacked Raw | 08-21-2023 | 09-17-2023 | PA0002430900 |
| 16 | Info Hash: 114A824EC7BC9618981419810D490E129F5FC2F9<br>File Hash: 75898BDFAA0C37E1B679F720C2738F0BF311344565B9492AF08A27F9527E2E6B | 07-23-2023 00:29:00 | Blacked | 07-22-2023 | 08-17-2023 | PA0002425765 |
| 17 | Info Hash: 2B42A2A17AFB73AFD007C4A547F9A5736C36CA2F<br>File Hash: 95DB97C51482FA763C8A6368979226A0417FEF1DD3F0E6C3779DE481330ED008 | 07-21-2023 18:27:22 | Slayed | 02-21-2023 | 04-13-2023 | PA0002407770 |
| 18 | Info Hash: 5C9B75837B0530A665791A199D49DDA4682A6DE3<br>File Hash: 29F91D73260B7366549F4C22F1EA1024631BE7F67ACBE7685CAD1D4A9571F8F3 | 07-17-2023 22:48:45 | Slayed | 06-20-2023 | 07-14-2023 | PA0002427505 |
| 19 | Info Hash: AAC8D6E18C99B90E6822380DDC7CB962D98B4A52<br>File Hash: 90E1DAD2E3B303A69C0E6823D405E58C43A815615410C39B632EAA1390D6D0D4 | 07-17-2023 17:16:16 | Slayed | 02-14-2023 | 04-13-2023 | PA0002406900 |
| 20 | Info Hash: CBD7D34112FE1688DAC85166F48AC472ED90907A<br>File Hash: 9860D9F93F852226F24FB3CCBEAEC15A7C04D1E95FE75026FF8ED8AB241DE08B | 07-16-2023 17:34:21 | Blacked | 07-15-2023 | 08-17-2023 | PA0002425771 |
| 21 | Info Hash: 9C41308E5DB8820F5E530560B7CAFDD192FCF9F3<br>File Hash: 0345A9BDA3924921AD96202D3BD46DD5A9058144D9BC5D31B9C2DE681DE0551C | 07-12-2023 22:39:33 | TushyRaw | 07-12-2023 | 08-17-2023 | PA0002425538 |
| 22 | Info Hash: 65ABAA901331EBD2E023EE9CA05A7406D5633D4B<br>File Hash: 660DD4C4C57C1AD39AECD65394D62EB6B17AF88CCFF90AD642A390DC5B20C7C2 | 07-10-2023 18:20:39 | Tushy | 07-09-2023 | 07-13-2023 | PA0002420353 |
| 23 | Info Hash: BD93BA4750A57752C0CFD0C5487399F22034B946<br>File Hash: AA256B5056D5916152AC9A265EAECFF224DCF0F293893DDB608D8555E99F162B | 07-10-2023 18:05:11 | Slayed | 02-07-2023 | 05-05-2023 | PA0002414452 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 0816579A2457EE63AE735AEACDD346E778CF0053<br>File Hash: 587FE74BA70BC5CD732C0E4C4126E429772C891991EA84D74C09B603C9EC84F3 | 07-06-2023 16:45:28 | Slayed | 07-04-2023 | 07-14-2023 | PA0002427468 |
| 25 | Info Hash: D4C6E60637AF6DD061E60C8A8D5765C302A6B549<br>File Hash: E43CC36AAFAF9FC63A6043F3B3333C4CCA44F1E639172035189CBCE527E6A773 | 07-04-2023 16:17:01 | Vixen | 03-03-2023 | 04-10-2023 | PA0002405936 |
| 26 | Info Hash: 4C948EF3A05199CBDBF9D0FA744DF106E78150E2<br>File Hash: D8B6BC69E458999E9A69080EE8BA8B4ED3B55212016A7E77A8528D717EF98AD3 | 07-04-2023 01:11:54 | Blacked Raw | 07-03-2023 | 07-13-2023 | PA0002420355 |
| 27 | Info Hash: 5868129A7C59FF27730E9E1C4C3C8B13F3354F21<br>File Hash: E39AB01B5889CF2F92651AD3328806701AE4D663E185745ABF0269A01B50B299 | 07-01-2023 22:49:56 | Blacked | 07-01-2023 | 07-13-2023 | PA0002420349 |
| 28 | Info Hash: 919A88F63D482611220967EEFE99B6669317742C<br>File Hash: 4AC9421AB70BE5053E3D148D03BA2DF013A5B609B4D8ADB325A3121CC03DA16B | 07-01-2023 19:14:34 | Blacked Raw | 06-28-2023 | 07-13-2023 | PA0002420343 |
| 29 | Info Hash: 023BAE8DF6016F19C9B256FAF99330A3A1140D03<br>File Hash: 7E042FC15D1BDD84DDF4849BFB65F52B572A4153BF6EF28EF0DE99A4A5F8F7BA | 07-01-2023 19:10:02 | Blacked | 01-07-2023 | 01-27-2023 | PA0002393078 |
| 30 | Info Hash: 46C50740A6BA2785803FB1AF50BF9469D1B6B255<br>File Hash: 189B3BBF0FEC2096BE3B0320ABBC068AEDFDBB9067DE1FA3005EEACB874823A4 | 06-30-2023 18:38:24 | Tushy | 01-01-2023 | 01-10-2023 | PA0002389579 |
| 31 | Info Hash: 2DF232D6641117807DDEE2249770280B53CC4804<br>File Hash: 69831C31F70C3F53913DB2C29023FB1D72043D85361137533AEC5E27123BD560 | 06-24-2023 18:46:16 | Slayed | 01-10-2023 | 02-21-2023 | PA0002400996 |
| 32 | Info Hash: AA77AA689EAA63DFEF17D2EB00727E69003F3303<br>File Hash: 6D0D1AD3F93C47BC875468D04B63F82A11DA245301E1A7B58D0AD507AF3C28E8 | 06-24-2023 16:05:54 | Blacked Raw | 06-23-2023 | 07-13-2023 | PA0002420356 |
| 33 | Info Hash: F3C116A08858187FFC16F74309929EBA47701B9F<br>File Hash: 6BAE52A8227829C345B57D2879FBECD0114ACE56C48255D3F35618A8557865E7 | 06-19-2023 23:33:10 | Tushy | 06-18-2023 | 07-13-2023 | PA0002420350 |
| 34 | Info Hash: 540ED152DD3715A2E9B644E1A32880F02B99281D<br>File Hash: 46003CE73FC9B2A5DE672779ED28F1C8E7BB2A64759D84C412EC9B7B8079764D | 06-18-2023 23:59:38 | Blacked | 06-10-2023 | 07-13-2023 | PA0002420362 |
| 35 | Info Hash: 7CA44F394BA7D268AEF3B612D1AF7D821E04F871<br>File Hash: 03E6110B7983B12380554BFAB80C2B661B9A61B6B8D95D2C4261832D9826A84B | 06-18-2023 23:39:34 | Blacked | 06-17-2023 | 07-13-2023 | PA0002420351 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: C3574EDBE712F48169B9EEF3F7A441321315F545<br>File Hash: 025763497F133F7AD002DF63A534E94585CCC43956152F59FFE6CE5EB7B75F04 | 06-18-2023 23:39:15 | Blacked Raw | 06-13-2023 | 07-13-2023 | PA0002420359 |
| 37 | Info Hash: 9BBE09451939FF4EAC63E3BC7C667B737C5B165C<br>File Hash: F6A9B166BB8982B9D8BBCAA236EE46C20F25A1394E22BFA0440FD97F789122E5 | 06-18-2023 23:35:39 | Blacked Raw | 06-18-2023 | 07-13-2023 | PA0002420357 |
| 38 | Info Hash: D70FA2AACD1E5D7CCCEE25DFC8AFF5D13D48A37F<br>File Hash: 7A059469F2FF13160DE8F4D1943290115257D55B2CACA8A07187432F689C55C1 | 06-04-2023 21:01:58 | Tushy | 06-04-2023 | 06-09-2023 | PA0002415359 |
| 39 | Info Hash: FAD2FBF47A0377CBA50150AA5272396744D2B4AC<br>File Hash: E8FBBF3A7747F3F3E86F8D9E134966CBEE065DFD5469844EE196458048CC5B18 | 06-04-2023 01:25:58 | Blacked Raw | 06-03-2023 | 06-09-2023 | PA0002415371 |
| 40 | Info Hash: 3D74ED835F96851E1D872CDFE806172D31D58719<br>File Hash: 7B227EC52AD2947808AB5AD555CF7AA03E6DB078ECD67581F63553D60156E5A0 | 05-30-2023 16:53:36 | Blacked Raw | 05-29-2023 | 06-09-2023 | PA0002415372 |
| 41 | Info Hash: 6A83878A0CB2F92E0CA157564B6559F28253D8DD<br>File Hash: 4F993B6A694F036EBF8153F0AF828022489CC23DC0B3295A73269925F3C11754 | 05-28-2023 16:13:30 | Blacked | 05-27-2023 | 06-09-2023 | PA0002415390 |
| 42 | Info Hash: 3724C501D7A1DA1C70CE7CA6F01C2EBECD38C91A<br>File Hash: 0A3603F9A3C8E4D7E6303C987BCD1B298397397166D24070A3DCA8F7EE32D19F | 05-26-2023 16:00:57 | Blacked Raw | 05-24-2023 | 06-09-2023 | PA0002415389 |
| 43 | Info Hash: FD1C4832FC34152386A5FB74FFCD632D22EB9868<br>File Hash: 0BD5806F9877FCF377902B88FD9BCDE255E27F13CF79D0FE5058A582882EFBFC | 05-25-2023 17:15:57 | Tushy | 05-21-2023 | 06-09-2023 | PA0002415379 |
| 44 | Info Hash: 849610A8B19EE3B53DB6532BFED64DCF1B78382C<br>File Hash: 33E613174B4500A0095910B4068105F80341A7A1BD0C6B1BF749FEFA575DDDB3 | 05-21-2023 17:09:45 | Blacked | 05-20-2023 | 06-09-2023 | PA0002415379 |
| 45 | Info Hash: EEEC559C8B781DA31220AE506BD79F18A9F2BDDD<br>File Hash: F056E80D1AA66100AA5552CA1D31150AD7403A5D395C327C232FBB86142F4970 | 05-20-2023 17:22:44 | Blacked Raw | 05-19-2023 | 06-09-2023 | PA0002415367 |
| 46 | Info Hash: C06DD611B6CD7674DD69D70C791C9D5504293484<br>File Hash: C73E0B71C01C2ACE1157FB55EA3ACFA1DDBF64BBB8CAF4BFB1BCFC491EE86F35 | 05-15-2023 14:38:30 | Vixen | 05-12-2023 | 06-09-2023 | PA0002415370 |
| 47 | Info Hash: DE688268E923BC7C3AA173C8F77C1D01016CDA35<br>File Hash: BD762BA1497FDA23CE28950E2FECE3784F4A8148DC881283F4757F6DB6B5DA0C | 05-14-2023 18:22:33 | Slayed | 11-15-2022 | 01-06-2023 | PA0002393655 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: 1707554DFCC0484455F93D6AC6CDB83CB36F52BB<br>File Hash: 70ADBE8FE0F11AE9DCA9FE635E848B26ECCC4FCF6E191DCB39DF7EA7646B8ACD | 05-14-2023 02:20:08 | Blacked | 05-13-2023 | 06-09-2023 | PA0002415384 |
| 49 | Info Hash: 58D2BC0CAC2AD74889B66B65F44CFAAACD9304C9<br>File Hash: 44562C826F76A367BA3E6F7AB72A9238E42902F63B81FC242DB9B228EC9341B1 | 05-13-2023 00:09:29 | Slayed | 11-08-2022 | 11-24-2022 | PA0002389330 |
| 50 | Info Hash: 4531E00925FA2FD3453EB18BB37C16BB755A82BD<br>File Hash: BC4ED583B9E8B601F85C3628499D7690CC19DAACD52A7D19E076220BBFDE1269 | 05-07-2023 16:41:42 | Blacked | 05-06-2023 | 05-15-2023 | PA0002411299 |
| 51 | Info Hash: 265A71CB34CC15297F15EE23948D6F0D6CA1E706<br>File Hash: 3A0D9431B37CB711242C6C2BFE9387DFE707C55B658955F146F03C2B2F1D3680 | 05-06-2023 16:31:45 | Vixen | 05-05-2023 | 05-15-2023 | PA0002411290 |
| 52 | Info Hash: DB559C61C4760003AD17A626B58CFED1E5E64327<br>File Hash: 2EEA2E3CE84DEB1304EDA6A9FC0D7A7E722410BD1BB80B8C2CAA1177DC2FA953 | 04-30-2023 18:11:24 | Vixen | 04-28-2023 | 05-15-2023 | PA0002411258 |
| 53 | Info Hash: 965FEC6F83D93E3D37B5FD5BD6AB41B1198C93E3<br>File Hash: F54D5B838BC9C97ECD0514BB6E1F13E8BCBCB96995C12DD891F4A0075DD2E61A | 04-30-2023 17:59:52 | Blacked | 04-29-2023 | 05-17-2023 | PA0002412011 |
| 54 | Info Hash: E8B837C74A5ED26B9EA5C550E4824D2F549AF32B<br>File Hash: 310C061426C2D36F3057E7CCFD6B85D21746F57D96E1E25B4841D0B307E22491 | 04-25-2023 21:23:01 | Blacked | 04-22-2023 | 05-15-2023 | PA0002411285 |
| 55 | Info Hash: B40193B63CBE2FBA436FD4A07CFF20D9A84FDC0F<br>File Hash: FA7084749F733A1576F39D0879A5FEA24E306BD952932F2F73C66B0739C92C92 | 04-25-2023 21:18:04 | Blacked Raw | 04-24-2023 | 05-14-2023 | PA0002411259 |
| 56 | Info Hash: A8150D6C555255BB31F620613271CD5549EDDF95<br>File Hash: C869228ACDF6CD4B6A9B2C45F2E857EAE281A205F239A080337831ECF1D0ED00 | 04-16-2023 16:32:21 | Blacked | 04-15-2023 | 05-15-2023 | PA0002411295 |
| 57 | Info Hash: 2F39721994555AEF825B8CA98989E8D0CE827B17<br>File Hash: 375D9E9D36A5A7BAC02D0F9CC47D2C9C7F032F53400C644D268A225E5EADCB51 | 04-16-2023 16:31:56 | Blacked Raw | 04-14-2023 | 05-14-2023 | PA0002411257 |
| 58 | Info Hash: C936DA65EBE2509C5981096391F0E7F9DED22BB5<br>File Hash: C08CFE882FF23E645DA71B162329248FCB2BBBC55E3C12A2BB1C7C652E84A542 | 04-13-2023 17:40:57 | Slayed | 11-29-2022 | 01-05-2023 | PA0002394013 |
| 59 | Info Hash: 4D9A9719DEC2998BC67CE073E6BFEC2F0798F14F<br>File Hash: B6661BE122ED9211545139A3EC1AEB7BD2A94C75D16CBE8856F4B05395D759D0 | 04-13-2023 17:28:57 | Blacked Raw | 10-04-2018 | 10-16-2018 | PA0002127787 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 60 | Info Hash: 2295922B41F487782F4F18CF30936B3CE40164FE<br>File Hash: A7134C74C1241CE088BEE370E0F1DD7F4BEF61AC7554C7683D1FD8B2A1BB4DAA | 04-12-2023 15:56:49 | Blacked | 02-04-2018 | 03-01-2018 | PA0002079189 |
| 61 | Info Hash: 30718062DDBFBE0A2ABF60A075F7BDC1D1FA9790<br>File Hash: 43C18EE731227C9AA77185A9DF1A1F274EE91DAC814FB6EEA736E4F4EA39933B | 04-12-2023 15:56:48 | Blacked | 04-04-2020 | 04-17-2020 | PA0002237304 |
| 62 | Info Hash: 0A01331AEADC2A57942B3AEBED2B47FD12F81609<br>File Hash: A298E57ED63EC72D2709E32302F9E71ED2E3A7979BEAE1ABF97C897790985F3A | 04-11-2023 17:54:28 | Blacked Raw | 07-20-2020 | 08-11-2020 | PA0002252263 |
| 63 | Info Hash: C297D78BA1960735EBC6DD50E2F0B0201C3E97B0<br>File Hash: 3F45F9A4890050B76F525340018C69C111AEB5A143E453055F99F96BE6F9C962 | 04-10-2023 16:31:18 | Blacked Raw | 04-09-2023 | 05-14-2023 | PA0002411278 |
| 64 | Info Hash: 5F2431E904A3BD574958EAED0E067D3B27B35294<br>File Hash: EE87531B8172521B16D20247E500717B3E7014D2528E8265EA5EF1FE96B5F787 | 04-05-2023 16:18:57 | Blacked Raw | 04-04-2023 | 04-07-2023 | PA0002405732 |
| 65 | Info Hash: 8ECB1671BD0D9895C1EAA098EB546D5FF1D77890<br>File Hash: 16A1750D051783D353A4B4D055B5723A473EE746D2238FDDAC95B25AD0E71C9E | 04-02-2023 18:55:30 | Blacked | 04-01-2023 | 04-07-2023 | PA0002405761 |
| 66 | Info Hash: BB99D8516F04910F451D18008CCEC6F3CD62B98C<br>File Hash: D9C2EADED3AC48870AEA51285CDEBB6AAA0F0248CAB422102E1BE4CF45DCD60F | 04-01-2023 18:37:51 | Tushy | 03-26-2023 | 04-07-2023 | PA0002405762 |
| 67 | Info Hash: AD92DE2420003E9671E651590F3CA361EA98A0CA<br>File Hash: 58E0BA4BB33DC227F6953DBFE0AC0569100F9C9197ED98CE47B7D2A63E6CA116 | 03-26-2023 20:25:53 | Vixen | 03-24-2023 | 04-10-2023 | PA0002405937 |
| 68 | Info Hash: 9BA318A7154F55C36856069A486C42D23297D06A<br>File Hash: 61AAA69FDD140A8C122C7BDF93677FF6FB075EA7C2534F6F94C4CEC6AB401DB7 | 03-26-2023 17:34:30 | Blacked | 03-25-2023 | 04-07-2023 | PA0002405756 |
| 69 | Info Hash: 0AEC90FD61429D473ACE512307B3A817704D288B<br>File Hash: 2895A74E175D9E4265D8E7CFFDF6FD89E800D78CA80C90E52348DE265DFF4B6D | 03-26-2023 17:24:10 | Blacked Raw | 03-25-2023 | 04-07-2023 | PA0002405729 |
| 70 | Info Hash: 4EB74DC86E8814840AD10C33820A2B92EF1F0E1F<br>File Hash: EEF58D0F538EA05AD1414E8BA0456BE618D1AFDA054AA2328D517F1850090F4B | 03-21-2023 17:07:51 | Blacked Raw | 03-20-2023 | 04-07-2023 | PA0002405757 |
| 71 | Info Hash: 75FD018EBC1D108262663EBD9BBD074D1FEE0F51<br>File Hash: 7AEB001EDB35BD1DE48077AF5F0E63755D2B120D13A7F618FD34C60BEE9BEAD6 | 03-19-2023 01:33:17 | Blacked | 03-18-2023 | 04-07-2023 | PA0002405751 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: 7C66C734F4C0B88BA71C02E4598F68FB57FF54F1<br>File Hash: DAE7FEEA6ECBD94E205DE063A16F1A557DD7376D97DA7D33BAD839D7F7E91C37 | 03-16-2023 18:20:11 | Blacked Raw | 03-15-2023 | 04-07-2023 | PA0002405750 |
| 73 | Info Hash: 383562C61260983D2E18AE321423876CC906B80D<br>File Hash: 4BD1D28FCB526C3EC1233B9CB91FAD5A5A04DF89C02345EDB3597B6DD194FA94 | 03-13-2023 19:15:20 | Slayed | 01-24-2023 | 02-21-2023 | PA0002401001 |
| 74 | Info Hash: AA0429EBBE9E440CEACDBD0F1472DAC483E85145<br>File Hash: 202F42D4BA0AF1FAF53C250E1727F1B6551C2D12F068648D3D81A208C2D4B0C9 | 03-13-2023 19:00:00 | Vixen | 03-10-2023 | 04-09-2023 | PA0002405759 |
| 75 | Info Hash: 35F24D8E8E40489D5D6229C83BA321482CD3A322<br>File Hash: D681D3B3CC5D69AC2B5A471E13510FBC9B9FEDEE19812E2317D42AD1C1FC0B5F | 03-11-2023 18:29:10 | Blacked Raw | 03-10-2023 | 04-07-2023 | PA0002405760 |
| 76 | Info Hash: A1673329DE364EBE14397587D99B7A6289205FFD<br>File Hash: 1FA935AD5DF281F056852F11F0C476EB26980A0CCFCCC24EB3E63DE1432916D4 | 03-07-2023 17:32:51 | Tushy | 03-05-2023 | 04-07-2023 | PA0002405753 |
| 77 | Info Hash: DA41F73C20EF0639FA92F3B337C2B4868D4CC850<br>File Hash: 8B00908F5E5FD92AE1B9014EBC89F17A5BE461176EEB6597D59D6A1834C5E6AB | 03-05-2023 17:59:42 | Blacked | 03-04-2023 | 04-07-2023 | PA0002405754 |
| 78 | Info Hash: D0A96D8E20B0845DFE87513A58AEA8D433FD1497<br>File Hash: 4DB80E9F098D29BD50BD7395D48047B5FC6EA87F3E7FD832A29BC8C2D03BFE44 | 02-27-2023 18:28:25 | Tushy | 02-26-2023 | 03-06-2023 | PA0002399996 |
| 79 | Info Hash: 605B0ACA5BE15431FDE1784E258A0F0C87CD9708<br>File Hash: 58EC7A57124D33A1F96FD09D39750E786643A639F14357854FF64504047B18F9 | 02-27-2023 18:26:51 | Vixen | 02-24-2023 | 03-07-2023 | PA0002400307 |
| 80 | Info Hash: 246A153C0FEFC88F29333FF96A8F73EBBA3CD8C8<br>File Hash: BBD0504E93C73E97DCB99A5C463CE8FE5006ABBEDE5A0AD4A5B9E7284750AD0E | 02-26-2023 20:37:14 | Blacked | 02-25-2023 | 03-07-2023 | PA0002400308 |
| 81 | Info Hash: 8ADBF077B90ADDD57155F5BE20D4D31FE793C3F6<br>File Hash: 1B855CA1B383B81489795386D3C373E3A4353EB3380AF05D6B8A2578AA3EDEFF | 02-24-2023 19:06:02 | Tushy | 02-19-2023 | 03-06-2023 | PA0002399999 |
| 82 | Info Hash: 113D99C51F6BB5BB2F8FD672CBB37D607E81A11A<br>File Hash: BCAA2E49DFDC0FE9A94FCEE8E4AAD6647AE3719BE5C25548462CF3FF16C12C87 | 02-24-2023 18:52:26 | Blacked Raw | 02-01-2018 | 02-20-2018 | PA0002104206 |
| 83 | Info Hash: 613802B487B93E69DC611B98D74F5C3584AB78DB<br>File Hash: 44D583DC73A0BA88662D6E4AE38E6F203DE12E42D3B7C4747A1D41C4C32A8A2B | 02-24-2023 18:51:19 | Blacked Raw | 12-13-2017 | 01-02-2018 | PA0002097434 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 84 | Info Hash: 868FACB46D97BB8F47E4B15401EB68FEC4FE9CE0<br>File Hash:<br>4D9CE9DE57A04D7E25B89EE323C01FD1859156B34FD374A1E4F2DCD53490CC22 | 02-24-2023 18:50:03 | Blacked Raw | 12-03-2017 | 01-04-2018 | PA0002097460 |
| 85 | Info Hash: 9DEAEFE9E5FDD28A02FEAA3ECF6D80C4B39FFD30<br>File Hash:<br>58EEA822D0513E9068562191A966A9234EEFD8207756BA7CBE26DA8F42002603 | 02-24-2023 18:49:41 | Blacked Raw | 01-17-2018 | 01-24-2018 | PA0002101760 |
| 86 | Info Hash: B51F1442EBD3B27FB1889BFF21C38A6379CF917D<br>File Hash:<br>D593C98AF12A862E6EB6CFDE17F7E43CECD0B759239017BA2F716DAC595EE8B2 | 02-24-2023 18:46:14 | Blacked Raw | 11-28-2017 | 01-04-2018 | PA0002097446 |
| 87 | Info Hash: B77195A44C99BF70573EC944000762886F79E8F0<br>File Hash:<br>32D7435AA54B009D51406FE5C9A973FBF134CF638FFF1E9AC1FFA7C1D926AFE2 | 02-24-2023 18:45:38 | Blacked Raw | 01-02-2018 | 01-26-2018 | PA0002101761 |
| 88 | Info Hash: 12808916670A5FA519DD18D6C03894B53E4E29AE<br>File Hash:<br>366C8E73B8D6BFB8B64F6A78070AD2833F6F178DB1F2866B3307F746D9BA13B0 | 02-24-2023 18:44:15 | Blacked Raw | 01-27-2018 | 03-02-2018 | PA0002104873 |
| 89 | Info Hash: 20F98AA363FC9CC578965E17A543FD3DCA924924<br>File Hash:<br>CC2EE70477EF030356F659CA6CC97395CA94E21D9136F1AF101261C3E4CCF27F | 02-22-2023 23:26:34 | Slayed | 09-06-2022 | 09-22-2022 | PA0002378458 |
| 90 | Info Hash: B27AF2712E7BD4DA58FF41EDBC1CE41BC228FEB7<br>File Hash:<br>F43698D77561481B613D45DC42F120BB82F80B64F7B8C3649F5FEA85E7D49C25 | 02-19-2023 18:41:51 | Blacked Raw | 02-18-2023 | 03-06-2023 | PA0002399995 |
| 91 | Info Hash: 3D33B80E2BE7018012B0BE61B08F25990743F2FC<br>File Hash:<br>50192B147F8C88F6A10BBB926ECF68097977AECB4C7C231F4DE1915D14FF3656 | 02-19-2023 18:31:59 | Blacked Raw | 07-21-2019 | 08-27-2019 | PA0002213243 |
| 92 | Info Hash: E433346B5BE809A75F0BB985BBD45142855C22DF<br>File Hash:<br>55E6979E5EA4673E80EFEE7E4EB4FDF2008C42930252AFB648D90E4F4E7C8A17 | 02-19-2023 17:49:12 | Vixen | 02-17-2023 | 03-08-2023 | PA0002400563 |
| 93 | Info Hash: 8FAB5B8272855F718B51ED98622202FC779AF172<br>File Hash:<br>172CE6C9A092E05F66B6EEE82C58A40D67139F1AD25C00901E2082C671A30458 | 02-15-2023 18:35:50 | Blacked Raw | 02-13-2023 | 03-06-2023 | PA0002399991 |
| 94 | Info Hash: C4E0917829BCF42FE03B61B9D02DD127498CF681<br>File Hash:<br>2BBACA9DBAF5CD385AF8E2CF7A0035EA50430E19CB1554E927F0D43ED4D97D2A | 02-13-2023 18:38:47 | Tushy | 02-12-2023 | 03-07-2023 | PA0002400309 |
| 95 | Info Hash: E6B66BAA9947B61C43AE6990DC96EAC94660FA1A<br>File Hash:<br>BAB1ED2C2E6A37068C363625EFED5B7C0296728B3ADC7D3FD9647E31340CC56E | 02-12-2023 18:58:50 | Blacked | 02-11-2023 | 03-07-2023 | PA0002400311 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 96 | Info Hash: DEE4EADAEA082046B6D6D3E9D7DF1AF8E3286304<br>File Hash: 2B37DA2391BB8AAD430A7F99077FD444EC667D9730086CF02D4E13DF76B459C3 | 02-11-2023 17:57:55 | Blacked Raw | 02-08-2023 | 03-06-2023 | PA0002399990 |
| 97 | Info Hash: 28EAA642CA985767B4EB098FD571550429777172<br>File Hash: 886DF6DB48FC266E1E5F33E97DEF9930715FB36B77C01D1B71ECD37DFF10B1F4 | 02-09-2023 21:30:55 | Tushy | 02-05-2023 | 03-07-2023 | PA0002400315 |
| 98 | Info Hash: 88807EC7133CB645F4300BB15D68BC50772BA5C3<br>File Hash: 47DE00C172798152498C38EA9B5B84127AAEF3F62DC8D362530929101B82974D | 02-06-2023 21:34:12 | Blacked Raw | 02-03-2023 | 03-08-2023 | PA0002400564 |
| 99 | Info Hash: 0E95068814F542566FD430766E522E151CD831F2<br>File Hash: 586E2A1F652BB0EF2E103A5C2FEB3D1EC256C72F586AEBE14E6D5BAFFA604FF8 | 02-05-2023 19:20:35 | Blacked | 02-04-2023 | 03-07-2023 | PA0002400314 |
| 100 | Info Hash: C69B11EB281F393E2E595E878C46B19E687F7D57<br>File Hash: C2CD469336DA9502FC88B64480484D25A32D72353AC3C5298AC23BF2F3F72D31 | 01-31-2023 18:17:51 | Blacked Raw | 01-29-2023 | 04-13-2023 | PA0002406902 |
| 101 | Info Hash: 35352E6290832CF7D161B4E4D18C868036B78325<br>File Hash: 859862E361D0D0777AE1A9891349CCEE299BD87FBB1E2341CC5DE0B7A2D99518 | 01-29-2023 17:31:20 | Vixen | 01-27-2023 | 04-13-2023 | PA0002406898 |
| 102 | Info Hash: D79A5BAE6B5907C5D7AEA83F843AED4519C2B0C0<br>File Hash: E92AF0A76AC72CD848FDB35D71AA6DA117B74A3AC727CA17B2CA9DC704C3D42E | 01-29-2023 17:21:03 | Blacked | 01-28-2023 | 03-07-2023 | PA0002400316 |
| 103 | Info Hash: B4D601695805D544BBB59A9A981849EF3AB25CF9<br>File Hash: 856BBBA224EDB9C40FCBDA7B57E4073E08A3DBA56FC73C09F66933CB46DD187E | 01-27-2023 18:34:15 | Slayed | 08-16-2022 | 09-22-2022 | PA0002378429 |
| 104 | Info Hash: 14B4474AA97BEC828EFF43949CBB73AB72FC78C8<br>File Hash: FE1CB53D73B5F940FAADEC1F4D544F53F06AC236E71736855C773A85F62E1339 | 01-25-2023 17:15:32 | Blacked Raw | 01-24-2023 | 01-27-2023 | PA0002393074 |
| 105 | Info Hash: 98898904E8D7E535A5FA5902863C1CA964DDB436<br>File Hash: BBB7AFD8833734F114CA674F580173EE9D733C3A82B3CB1898E5CE6C3D37CF92 | 01-22-2023 19:42:48 | Blacked | 01-21-2023 | 01-27-2023 | PA0002393070 |
| 106 | Info Hash: 966D5FA9CEB996A500EFF4873253E219D8906A2E<br>File Hash: 6D5761EFCBFB133DE128DC050B872DDBBE9D255FAA86AE4D7AD91A1DC1D0D788 | 01-21-2023 16:12:38 | Blacked Raw | 01-19-2023 | 01-27-2023 | PA0002393081 |
| 107 | Info Hash: D61D953A62B0DA7CF976B6E1B26C66D512616157<br>File Hash: DC26B63117B019122A14CB07D117F761DF403094F164A05D79489416E4E7B455 | 01-18-2023 02:20:37 | Blacked Raw | 04-19-2021 | 04-27-2021 | PA0002288984 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 108 | Info Hash: 80EEEDFBD6614F912A439420E2ECD2EDBBADB73C<br>File Hash: 40DB539F050B6A6F9985B097C3BB641146B08E1AD2B2A3DF3C391B9E9134DD12 | 01-14-2023 22:23:53 | Blacked Raw | 01-14-2023 | 01-27-2023 | PA0002393084 |
| 109 | Info Hash: 6F7AC646E049F7ED03BD70ABFE02506B7C5316D2<br>File Hash: 4A160C8FDD1A57AD4CE35F7C589DD75C752EC79DCFFBF6B90F319A935F01D16B | 01-13-2023 23:06:05 | Blacked | 01-20-2020 | 02-04-2020 | PA0002225586 |
| 110 | Info Hash: A447AC79B01B548FC5AA510718C13F3F07EAC09B<br>File Hash: F99250BE6517CC6783398090B6A14FB0FDBD0CB499338EB9EC1410B7D900EB08 | 01-13-2023 19:55:10 | Blacked Raw | 09-26-2022 | 10-31-2022 | PA0002377828 |
| 111 | Info Hash: 5AA904B8B0904E22418872FDCFD71F0714B65E66<br>File Hash: 0B9DC140D335825586A8E7992BC74365C7BD052C1A5E9894F86495EB0D125957 | 01-11-2023 18:53:14 | Tushy | 01-08-2023 | 01-27-2023 | PA0002393072 |
| 112 | Info Hash: 9D095C65FFF6DFD0F07947043AB92F2645CD8A75<br>File Hash: AF41447ECCE84D5A23D5925B69F19C979A4C6A98E3EF2BB6DB99F1E9B40C60C4 | 01-10-2023 18:21:49 | Blacked Raw | 01-09-2023 | 01-27-2023 | PA0002393075 |
| 113 | Info Hash: B98696836FC212F6CBAA6759E6F91D0CC5F662C2<br>File Hash: E9883F421B6D0B638DE3DD2F298CF945EB1B23E82AF65D65012BBB6A08E212A3 | 01-07-2023 18:53:24 | Blacked Raw | 01-04-2023 | 01-10-2023 | PA0002389594 |
| 114 | Info Hash: 2E35D1DFCCF96D478CAB034DFC0715664BA7F4DD<br>File Hash: C4230143A2AD8F01C63706C50E2D71A7A83C8BC2A4E482EDE908854AC98D8243 | 01-04-2023 18:36:52 | Tushy | 06-15-2017 | 07-07-2017 | PA0002070815 |
| 115 | Info Hash: 36CA566B791294B10D4FEAA33ACCF01A0C104D9D<br>File Hash: 143F97C3E918D78675ED6C038F72B691C3B94353A318E4489855619640DADAD6 | 01-03-2023 23:30:40 | Blacked | 08-23-2017 | 10-10-2017 | PA0002086163 |
| 116 | Info Hash: 767CA7FB5AE79ED860649FC20FAE33E0D58921F3<br>File Hash: 24C35FCF86EA6E1350D61732148BCC66215DEC3B86F9F861CE2BFB0779A450A3 | 01-03-2023 23:25:08 | Blacked | 04-20-2017 | 06-15-2017 | PA0002037578 |
| 117 | Info Hash: 1CD13FAA3471AA5AFC2B6D1F1B33D3881A3F5CD8<br>File Hash: 73B31D507C361D0BD20454E26DE2D6013F8CC60EA4308616166516CA240642D1 | 01-03-2023 23:24:40 | Blacked | 03-06-2017 | 05-25-2017 | PA0002049777 |
| 118 | Info Hash: AAAF5F1541D79166212CDB04C4ADC18834E88F4E<br>File Hash: ED65158C196956B8627DC0CBC1FF604AE75674A567714EF06FBB801D619FE00A | 01-03-2023 23:24:00 | Blacked | 01-30-2018 | 03-01-2018 | PA0002079186 |
| 119 | Info Hash: A88C43D9445ECF211254237676BF7B307936E59F<br>File Hash: CDC3DBBC2EF9502A248137AC8CC5775DBAE075924FE76BE3E50F2EDBE8A25365 | 01-03-2023 23:23:38 | Blacked | 04-10-2017 | 06-15-2017 | PA0002037582 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 120 | Info Hash: E7BB41863B7BBE53A6A587F7249B7051356CFD64<br>File Hash: 82F8026833D9AF442DD30FC8E41A8E8F7BD7104681F27CA4A5E839AC5966E400 | 01-03-2023 23:21:45 | Blacked | 06-18-2022 | 06-27-2022 | PA0002355032 |
| 121 | Info Hash: EB47F81C15C54459708C14DB936FC4FECD096247<br>File Hash: B8C24E0F9F7116A15F4C7A2D388B095201E7EEAEA2949651341413EED5D108A3 | 01-03-2023 23:21:03 | Blacked | 03-11-2017 | 05-25-2017 | PA0002049782 |
| 122 | Info Hash: B5F9B6F4938BAA916DD072C43558FA236385D0C8<br>File Hash: 78968515CC2E39653942F51DDB3CC5491EA9DED8B1B3693B48EB73F44D23191D | 01-03-2023 23:18:34 | Blacked | 11-21-2018 | 01-22-2019 | PA0002149833 |
| 123 | Info Hash: F4307643D7B565CF51E303872C721DD0F212712D<br>File Hash: D4A86AAEDBB2CD45F94ABA6972373D6C537043AF51CCB3AB0D92BBF947F7AA89 | 01-03-2023 17:55:42 | Blacked | 06-29-2018 | 07-26-2018 | PA0002112160 |
| 124 | Info Hash: 28B31E08F4C3F8F2CE1A1E5E441DB00BEEE072A4<br>File Hash: EFAC881385DDE59AB9AC3035BE3151659EB8C9EB6A188D5ACA08D882CD562630 | 01-02-2023 18:26:43 | Blacked Raw | 12-30-2022 | 01-09-2023 | PA0002389573 |
| 125 | Info Hash: 37A113E7812CE3A6E9AA5DC3E6BAD7604000771C<br>File Hash: FB67C7CD80CEBFE4CEF574F6A19ED8B35FF92DB7458CA42570C7CCD270892191 | 01-01-2023 20:57:41 | Tushy | 08-14-2022 | 08-30-2022 | PA0002367744 |
| 126 | Info Hash: 3866F44DF6C220FE3204A55869D83229DCF19EAD<br>File Hash: DE08D6299492E21A6C751752236837619888102A826FDFBFD4E8D16A5E9640E4 | 01-01-2023 18:27:14 | Blacked | 12-31-2022 | 01-10-2023 | PA0002389580 |
| 127 | Info Hash: 0A3EE74938BB34CFC965261976DE58936E0B586F<br>File Hash: 1B8EE9CBAC34DD3D01948639A8F61ECF96F7591A5A0762194D45A8BC3E942EDF | 12-27-2022 21:52:26 | Tushy | 12-25-2022 | 01-10-2023 | PA0002389583 |
| 128 | Info Hash: D4EE372D4BE2B520F433A9CC2DEB770109AAEBD8<br>File Hash: F2BAEE7BEBB2424555FA7B26995EADE83FA1E35F5AF03FDC0342B57ED98A9348 | 12-25-2022 16:37:54 | Blacked | 12-24-2022 | 01-10-2023 | PA0002389603 |
| 129 | Info Hash: B176A77CA53D6E5CA4E2964C689E12ADEBDABF47<br>File Hash: AD7937E5DB6DC5787A35C814FE1D0936B9797DE8C597F1B6112331D07976C606 | 12-17-2022 17:38:37 | Vixen | 12-16-2022 | 01-10-2023 | PA0002389621 |
| 130 | Info Hash: 0D9F2B608841C5404F5E924F7AA749477E529049<br>File Hash: 3D2289027050EAF815B2B348D48798A7CC24E3B1ECAF3E665F2E00AD84387732 | 12-15-2022 23:36:21 | Slayed | 06-21-2022 | 07-21-2022 | PA0002367486 |
| 131 | Info Hash: BC028E4237F67A66491AE27C268B63CE49C65CD8<br>File Hash: D1AC876058196963BED466FB44D0E56A4F87221390E3B6D0B29F0E72DF0390BA | 12-11-2022 19:16:14 | Blacked Raw | 12-10-2022 | 01-10-2023 | PA0002389572 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 132 | Info Hash: 98130FA6DFDA8D68F366F791CD150319A13B45F7<br>File Hash:<br>58E7DFC11EF85C516054DC3D55483512BA04F120DB5174A20DB6EFCA75740AF8 | 12-07-2022 21:07:43 | Blacked Raw | 05-10-2021 | 06-15-2021 | PA0002296920 |
| 133 | Info Hash: EE24E1494ADF9427E393F38915CCACDD087795A5<br>File Hash:<br>2899E0603E88A7010D44C51A7C03F3717594FB3423EAD885B335CF4CF9B8FAAD | 12-07-2022 21:05:37 | Blacked Raw | 11-23-2020 | 12-09-2020 | PA0002274806 |
| 134 | Info Hash: 80CAC3193234C4069841871A0AC2EA751F35B244<br>File Hash:<br>4EAAE7AD5099B73FA93241ABD99366F133F33F138B18F611463A5A4B193047C0 | 12-07-2022 21:03:56 | Blacked Raw | 05-03-2021 | 06-15-2021 | PA0002296918 |
| 135 | Info Hash: 1AA5750CCC8A4DC9CF32CB8B407D64328F5FEC9F<br>File Hash:<br>8E6277E60BAB2FD075355E3CD7D41054DE113E3BC9A4C4934ACFCD0DE4773512 | 12-07-2022 21:03:46 | Blacked Raw | 12-05-2022 | 01-10-2023 | PA0002389624 |
| 136 | Info Hash: 298F45BBEB29B0A3FA8F743A3408BCEF5303DEC6<br>File Hash:<br>74F05B536CDAF4846D75F3077CFA0FA7056DAC70F3A8576917FEC3666A94A88D | 12-06-2022 22:55:25 | Tushy | 12-04-2022 | 01-10-2023 | PA0002389591 |
| 137 | Info Hash: 13051A58E9B3A36D4E1BCBA1E59676A7429DB376<br>File Hash:<br>5DB3C5BE28D1FE1A90AA0FC68D1714DD883C27C6EEE2E35466C7E8EF7E6A10F7 | 12-06-2022 00:58:23 | Blacked | 12-03-2022 | 01-10-2023 | PA0002389627 |
| 138 | Info Hash: A71A597E1C35DF145C677D9FB469C27CFDD28AB9<br>File Hash:<br>1CBA104FDD9237353F5026E0B75B4A06E5C02B71A90ABAA5310F1CF7CE20ED56 | 12-03-2022 20:04:41 | Blacked Raw | 11-30-2022 | 01-10-2023 | PA0002389625 |
| 139 | Info Hash: 5B6BA81B64946EF7E9B594497BE1EE25665BC360<br>File Hash:<br>64537A614C851F6A05D8AD4C5F34EB0B24B2AE7B191B3C711716200D4E62D9E2 | 12-01-2022 17:50:29 | Slayed | 05-31-2022 | 06-09-2022 | PA0002361663 |
| 140 | Info Hash: A26BB8C812B2646DB71C375FA96F1F50D76E27C3<br>File Hash:<br>496833F669BF83F645C7101EC8B093ACF0D707158A49B56949D0652DC3A5D863 | 11-30-2022 18:58:29 | Vixen | 04-22-2022 | 05-20-2022 | PA0002350377 |
| 141 | Info Hash: 4A68F8FA9BC0E789580F3CC431002C581713164F<br>File Hash:<br>2047F05B06C7F7CA308731D172B5F80522F48650B82CDCA42895256FC9725BBC | 11-27-2022 21:57:49 | Blacked Raw | 11-25-2022 | 12-11-2022 | PA0002384771 |
| 142 | Info Hash: 3AEAEED448A79D7A5A91F51469B6A7836CA00512<br>File Hash:<br>89B3CC895630009E5A548D9066FB8CEC58A212697326D8283D51CFE9932EE345 | 11-27-2022 16:05:43 | Blacked | 11-26-2022 | 12-11-2022 | PA0002384739 |
| 143 | Info Hash: 5A4A8ED51B128A6F0FA5FF3146D5E4E53F58ED61<br>File Hash:<br>E7AD70C8F107C83BFBC1A8B976AF63C86A7AF4C23D7898D3CDF4CC4C2FC2C480 | 11-24-2022 17:37:30 | Slayed | 05-17-2022 | 06-09-2022 | PA0002361673 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 144 | Info Hash: 101DF7803FD7D9C7EAFB566E207DC927B5FE84E7<br>File Hash: 5857156122720069B50E78DB599EA62EBE1F554787C97A7A05236D8F04BB0652 | 11-21-2022 19:06:54 | Blacked | 11-19-2022 | 12-11-2022 | PA0002384693 |
| 145 | Info Hash: 536ABC94E6CDF73726BABE11B761EF2FE1FBCDF2<br>File Hash: 1A4AB873A4D067DEDDFA89D43DE68DE095AE8A34C247496C16B2E84F3C6C80EF | 11-13-2022 22:07:52 | Blacked | 11-12-2022 | 12-11-2022 | PA0002384761 |
| 146 | Info Hash: 9098C2D44124C5CF21155557D0AE28E91703B2C7<br>File Hash: 8088060EADF8987B37C9FFC7ACF43F5B751C738021E2B2A1CEA87FD6D5B7C9A1 | 11-13-2022 21:44:27 | Vixen | 11-11-2022 | 12-11-2022 | PA0002384688 |
| 147 | Info Hash: A97DDB31C54E8B37023D38F2B41C3096B889A869<br>File Hash: 12708A5C1EDBB0D72728AEE5A60798F4FF20A17C611C2E34C2F4CCEA3725C655 | 11-10-2022 17:36:45 | Tushy | 11-06-2022 | 12-11-2022 | PA0002384747 |
| 148 | Info Hash: 97B9DE9E5241BCC22B9452A06C80907657C1F6C3<br>File Hash: 35E29DA3236597683391FDE72C1C66872086BEFC624E3203D4EBB1FC6B4394A9 | 11-08-2022 17:16:16 | Blacked | 11-05-2022 | 12-11-2022 | PA0002384720 |
| 149 | Info Hash: 218B2B780EB5CF52D56BCD8BC73B733335D05B8E<br>File Hash: D3EC1B2600C97F78D8F1DE544AE50BD4601C4EDA24A7FA6DFDC39B83D01F8278 | 11-02-2022 19:06:38 | Blacked Raw | 10-31-2022 | 12-11-2022 | PA0002384770 |
| 150 | Info Hash: 2DA056576B19120848BA1492E1D29D60B2DB80BE<br>File Hash: 6A0366C57E0C3EC87BA4B1C591004A6BA0E177CD16A91A031B76C3C56EA82658 | 10-31-2022 01:57:35 | Blacked Raw | 03-14-2022 | 03-29-2022 | PA0002342865 |
| 151 | Info Hash: 0A7983849F2681A6ADE9FE0141458570487CC5B3<br>File Hash: 2591EB40C8896921038F79AEB71E6522D558FE7807BE93D80075A4CA283D3929 | 10-31-2022 01:55:53 | Blacked | 01-22-2022 | 02-14-2022 | PA0002335440 |
| 152 | Info Hash: C39AA4E1D1D7DCB35A662E8317DC5EB1CAD6DA7E<br>File Hash: 7645F9F88133D7D66D4EAD2432F1F8203180812588FCB5D4490E78B6FFFD63FC | 10-30-2022 19:45:22 | Blacked | 10-29-2022 | 01-06-2023 | PA0002394016 |
| 153 | Info Hash: 8C7002D06918757B0EC601DAEC8D28B078B95857<br>File Hash: 60DD5E55583B934E077085329CD4D1C87B3C556B37B3C892D20231495DCE4E57 | 10-30-2022 19:38:30 | Blacked Raw | 10-26-2022 | 11-01-2022 | PA0002378070 |
| 154 | Info Hash: 1C6FD5AFF214DEF64EA9CC1B267EC4BFB621C526<br>File Hash: 45F7A92C8D019D86E769C05E26C595717053EFFA9647B73924BB62EEB81A2A14 | 10-17-2022 23:08:10 | Blacked | 10-15-2022 | 11-01-2022 | PA0002378073 |
| 155 | Info Hash: 909B496AF4569AA1C6D60555962442F032A1A8F2<br>File Hash: B1462BA86433FDAA0CCC6E9A17DAF8206A2A1B93AA63953FA83D0D2F75A2DCBF | 10-11-2022 16:56:22 | Blacked | 10-08-2022 | 11-01-2022 | PA0002378074 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 156 | Info Hash: EE13D5BF9EC7C542CD8A3D0F28C4F2BD40A9D62B<br>File Hash: 791ECDCB2E478D82C0F5810181F11F1499F20E2B0CDF05CE5A3DEC55FB02633A | 10-11-2022 16:53:48 | Blacked Raw | 10-06-2022 | 11-01-2022 | PA0002378072 |
| 157 | Info Hash: FD1240F5DF4499D847BF30681ED3D314F6A23586<br>File Hash: F632C41A24259FBDDFDD5F60AFAF9999DE03467BABD8D6F05CE39250D5E4BA37 | 10-04-2022 23:45:13 | Vixen | 09-30-2022 | 10-31-2022 | PA0002377819 |
| 158 | Info Hash: 2E39437E112CBCAED0B5855AA4249FDB07502875<br>File Hash: CDE9F862041D2CFFD9096147B79FC05974AEE767DD5D61894534901C29ACB406 | 10-04-2022 02:01:51 | Blacked Raw | 10-01-2022 | 10-31-2022 | PA0002377811 |
| 159 | Info Hash: 628BF826AF0798326C8BEFBD58A4D98C80737C92<br>File Hash: F12A02E443D181E2C25F3505AB64E2324DFF86EB1A12E37F6F1614DB0AE93BA8 | 10-04-2022 02:00:48 | Blacked | 10-01-2022 | 10-31-2022 | PA0002377817 |
| 160 | Info Hash: 99887C9578C10A436D1B4E74B813254B62C017AC<br>File Hash: B9118A03F3E33BEBD15047E049B61017266ADA636A464187A5A78BA840982388 | 09-24-2022 16:19:55 | Blacked Raw | 09-21-2022 | 10-05-2022 | PA0002373950 |
| 161 | Info Hash: 0CFAE9E2032B49A632E6B23B32AA5FB48F3F9788<br>File Hash: 825DF555AF65898878035B9EB37E14136564985F3DCF4554AD26EC8D2984C07C | 09-20-2022 02:03:49 | Blacked | 09-17-2022 | 10-05-2022 | PA0002373760 |
| 162 | Info Hash: 1EA1F87539928765D5CB590F9CC15EB18517C6C2<br>File Hash: 9B7A014537CE6CF5746FF40AB8F7CD1F46CEFEAAB94011EF899B1B5F90CA63F2 | 09-20-2022 02:03:24 | Blacked Raw | 09-16-2022 | 10-05-2022 | PA0002373764 |
| 163 | Info Hash: 3FA9B4E7EA16DEB92CAB59E1176EBFFE5A8E60D4<br>File Hash: BD9232B1CE1C57E94E0C6628D5D86C5401D8A95163E8AB416E31D8B6DBA0AA57 | 09-16-2022 16:06:30 | Blacked Raw | 09-11-2022 | 10-05-2022 | PA0002373951 |
| 164 | Info Hash: 2AACEC2C9B0397BFC16FA6D237A030595580B43D<br>File Hash: 487AE903BFE3D252A6057CC8A475A8064F123F3D8D14D701ED347B37B72AD0D7 | 09-12-2022 16:21:47 | Blacked | 07-09-2018 | 08-07-2018 | PA0002131818 |
| 165 | Info Hash: C39EF2F2DE44FD457334D55BE9B046C7F3D1B587<br>File Hash: 2585EFF1AA69512CD28B32E89828191BFFCB35313069D77D9ED7CA7CD255F469 | 09-12-2022 16:21:33 | Blacked | 11-01-2018 | 11-25-2018 | PA0002136644 |
| 166 | Info Hash: 367A740211F5DE7FAE96E856F891D019A16DF476<br>File Hash: C4DC1C54F74B94F16BA2D97A23DA5DF33CB4C7C302F7CC5D6FDE619E4E8DC541 | 09-12-2022 02:15:12 | Blacked | 10-02-2018 | 10-16-2018 | PA0002127785 |
| 167 | Info Hash: CE38805106F3E4FF4CA1985F16314AAA422DBCA6<br>File Hash: 5F8BAAD04145872FEB14B5487CEEC4B414ACCA31725EE208080570BFDA40D443 | 09-11-2022 00:39:58 | Blacked | 09-03-2022 | 11-01-2022 | PA0002378069 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 168 | Info Hash: 75E53716958125ED81574C40BFB05AC810313DFC<br>File Hash: FF4126FD7F1E9D22CE9E404388AFF83A5C6EE0217DC55BC9106F6991A4FEBA2D | 09-10-2022 19:28:33 | Vixen | 08-06-2021 | 08-23-2021 | PA0002308435 |
| 169 | Info Hash: 0A985C5D112C4EC5D9F72326C9483F9020EE11D7<br>File Hash: 26C415884B23C2ACA647379A7E91DF8898F0F751E08465D2E7C95FBEB062E3CD | 09-10-2022 19:23:15 | Vixen | 11-12-2021 | 12-09-2021 | PA0002325810 |
| 170 | Info Hash: 27E9A0842DF8516A13B32C2F8A3E1EEA9195E3F8<br>File Hash: FC5F7939027973AE994562C08B32BF9AFF7C32C963CECFC93C7D242520C7AF4A | 09-10-2022 19:03:19 | Vixen | 07-08-2019 | 09-10-2019 | PA0002199411 |
| 171 | Info Hash: 55AD1E999217603A1DE053F786C28030AB67B787<br>File Hash: 26BA8C6973A447F9A0B4018498DDD9A09CC847A225D1F6D552EF9497D3C737E1 | 09-10-2022 18:04:09 | Blacked Raw | 09-01-2022 | 11-24-2022 | PA0002388645 |
| 172 | Info Hash: 723D0DE6087BB01794A9500086155EDFC03BA280<br>File Hash: 1397C51D91B59C5212DAAA57087457D4865AA23478855560BEDB8559F2DB496F | 09-10-2022 18:03:01 | Blacked Raw | 09-06-2022 | 10-05-2022 | PA0002373770 |
| 173 | Info Hash: D4F8703EE4117092CEA96540108B442B7B239DF7<br>File Hash: A811743245FAB1DD1952A26808153F326EF46109E067E7D6093F7DD19BE4350D | 09-03-2022 19:02:31 | Tushy | 08-28-2022 | 11-01-2022 | PA0002378076 |
| 174 | Info Hash: 12E82E22123F4B517494486EA67E9933AF1E9A95<br>File Hash: 9E3D5E338000A79DA71BB31B5ADA7866B2AFF776E40CC5BEC76205896F517B84 | 08-30-2022 04:58:14 | Blacked | 08-27-2022 | 10-05-2022 | PA0002373768 |
| 175 | Info Hash: 8D3015847CE8A23AC4EF20C47763AC0469FC166C<br>File Hash: A69D7BC77629584BCFDED75934B18ADE6110E7A2670A68FEB40DE7EFB7FA5C6B | 08-26-2022 23:47:08 | Blacked | 08-20-2022 | 08-29-2022 | PA0002367733 |
| 176 | Info Hash: CCB3C09B603AD4A64284F846E3BDAA85AF78D892<br>File Hash: 7094A81FB03B039EAD418FF9041E61FA8C5D0D2B7FF34926A22A1F02033AB0C0 | 08-18-2022 15:31:10 | Blacked Raw | 08-15-2022 | 08-29-2022 | PA0002367735 |
| 177 | Info Hash: 813E50B9406EDB8469005C6E60EC8EACE11F605A<br>File Hash: 8B3A359E8FF5B5254EB074CBB950D2C9044EA0DBCD9445A324290DDA4EA83A26 | 08-09-2022 02:23:11 | Blacked | 08-06-2022 | 08-29-2022 | PA0002367714 |
| 178 | Info Hash: A0C5974E9BB1CF15F8F5E10566E845FB41D3567E<br>File Hash: BE430C9F03D83F9FA68BCF20E79D4CD0DBBC78F5BFA2C50972F7BBADA000B446 | 08-02-2022 15:37:54 | Blacked | 07-30-2022 | 08-30-2022 | PA0002367742 |
| 179 | Info Hash: 5DC195D7BC88507465CF926FEA4288509AEDC4B5<br>File Hash: 7B935A686219E07E917C1FA84A47F31B1AB96217EDCC4EF5AD0BAF5BE8B5FDF1 | 07-27-2022 15:58:12 | Blacked Raw | 07-25-2022 | 08-29-2022 | PA0002367727 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 180 | Info Hash: 38648F7D11AA9EC130533022821A7AF81CAB8744<br>File Hash: E82F4CE735626F29D4372A9D4BB0C71296F3E5C8F7F6A21589786C21BCC7F425 | 07-26-2022 07:47:11 | Vixen | 07-22-2022 | 08-30-2022 | PA0002367741 |
| 181 | Info Hash: 6D8E5698A9E4A46596F5D6D009F2DDE6B546A48C<br>File Hash: AE3B54F290DD46BDDB7FD6F627399A8C16A13691FF33DAB53DD2229BABB52E2E | 07-26-2022 06:59:29 | Tushy | 07-17-2022 | 07-22-2022 | PA0002359476 |
| 182 | Info Hash: 40F9099BF210FFD00392BA9F181D8729D70BCEE0<br>File Hash: 4948AA372E0C0050FC3BF4A2F246FB91992F512A1E130357462BCB94075F572F | 07-24-2022 17:03:27 | Blacked | 07-09-2022 | 07-22-2022 | PA0002359462 |
| 183 | Info Hash: BD3A401B6BEF5787A88E6B2F6F96F4FD541EA1CF<br>File Hash: 809BEE152EB03CECF413C2ED09BC7EC7AA1DECB8397F7D4B05E5D98B7E595047 | 07-24-2022 17:03:25 | Blacked Raw | 07-11-2022 | 07-22-2022 | PA0002359473 |
| 184 | Info Hash: 2D08A4B447F4237A9F58EE354F71E5D6BC9AB338<br>File Hash: 824C4C83B23018712BB07876141D4ECF4BE630767285BDFFC530C4F3F9C6A95F | 07-24-2022 17:00:30 | Blacked Raw | 07-18-2022 | 08-30-2022 | PA0002367753 |